*J. J. Hawkins* and *J. N. Templer*, for the State.

*A. Steele* and *R. T. St. John*, for appellee.

———o———

## DEAN v. WILSON.

APPEAL from the *Owen* Common Pleas.

FRAZER, J.—This was a suit upon an account by *Wilson* against *Dean*. The answer was in three paragraphs. 1. General denial. 2. Payment. 3. Set-off. A demurrer was sustained to the answer of set-off. We are without any argument on behalf of the appellee, and thus unaided are not able to perceive any ground upon which the demurrer can be sustained.

An item of the plaintiff's account was for services as clerk, to support which he testified that the parties to the

suit had been engaged in the business of druggists, as part-ners, and that it was the contract between them that if either rendered more service for the firm than the other, he should be compensated therefor by the other; that he, plaintiff, had rendered twelve days service under that arrangement, worth $2 per day. The defendant thereupon offered to prove by the plaintiff, that the defendant had rendered more service than the plaintiff, under said ar-rangement, but the plaintiff objected and the objection was sustained. We are likewise unable to conceive of any reason to justify this ruling.

The judgment is reversed, with costs, and the cause re-manded with directions to overrule the demurrer to the third paragraph of the answer, &c.

*J. L. Ketcham* and *A. T. Rice*, for appellant.

*F. T. Brown*, *J. E. McDonald*, *A. L. Roache* and *D. Sheeks*, for appellee.